United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOGITECH EUROPE S.A.,

    Plaintiff,

  v.

ACROX TECHNOLOGIES CO., LTD.,

    Defendant.

No. C 15-01632 WHA

**ORDER GRANTING LEAVE TO AMEND PLEADINGS**

The parties have filed a stipulation seeking leave to amend their respective pleadings (Dkt. No. 39). Good cause shown, Logitech shall file its amended complaint and Acrox shall file its amended answer each within two days of this order. Logitech's amendments shall be limited to adding allegations relating to induced infringement by Acrox, and Acrox's amendments shall be limited to adding allegations relating to the affirmative defenses of laches and estoppel.

**IT IS SO ORDERED.**

Dated: October 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE