**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGITECH EUROPE S.A., | No. C 15-01632 WHA |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S DISCOVERY LETTER** |
| ACROX TECHNOLOGIES CO., LTD., | |
| Defendant. | |

Logitech has filed a "discovery letter" seeking to amend its infringement contentions (Dkt. No. 46). This is not a discovery issue. Logitech should file a formal motion to be heard on the normal 35-day calendar.

**IT IS SO ORDERED.**

Dated: October 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE