I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
ANDREW S. ONG (STATE BAR NO. 267889)
aong@orrick.com
CATHY C. SHYONG (STATE BAR NO. 288537)
cshyong@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:     +1-650-614-7400
Facsimile:     +1-650-614-7401

Attorneys for Plaintiff
LOGITECH EUROPE S.A.


MING-TAO YANG (STATE BAR NO. 221295)
ming-yang@finnegan.com
GREGORY K. STOREY (STATE BAR NO. 211792)
greg.storey@finnegan.com
JUSTIN A. HENDRIX (STATE BAR NO. 301057)
justin.hendrix@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for Defendant
ACROX TECHNOLOGIES CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOGITECH EUROPE S.A., | CASE NO. 3:15-cv-01632-WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF FINAL DISMISSAL WITH PREJUDICE** |
| v. | |
| ACROX TECHNOLOGIES CO., LTD., | Judge:  Hon. William H. Alsup |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Logitech Europe S.A. and Defendant Acrox Technologies Co., Ltd., pursuant to Fed. R. Civ. P. 41(a)(1), that all claims asserted by and between them in the above-captioned matter be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees. The Court will retain jurisdiction over this matter for the limited purpose of enforcing the parties' settlement agreement.

Dated: November 5, 2015           ORRICK, HERRINGTON & SUTCLIFFE LLP

                                  By: _____/s/ I. Neel Chatterjee_____
                                           I. NEEL CHATTERJEE
                                           Attorneys for Plaintiff
                                           LOGITECH EUROPE S.A.

Dated: November 5, 2015           FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

                                  By: _____/s/ Ming-Tao Yang_____
                                           MING-TAO YANG
                                           Attorneys for Defendant
                                           ACROX TECHNOLOGIES CO., LTD.

**Filer's Attestation:** Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: November 5, 2015           Respectfully submitted,

                                  _____/s/ I. Neel Chatterjee_____
                                           I. NEEL CHATTERJEE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __November 10__, 2015      [signature]
                                  Honorable William H. Alsup
                                  United States District Court Judge